JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Brandon Moore      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Luverne, AL

Birth date (Yr only): 1983   SSN (last4#): 8990   Sex M   Race: Black   Nationality: _____

**Defense Counsel if known:** _____      Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Elianna J. Nuzum      Bar Number if applicable 663354

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/14/2022      Signature of AUSA: *Elianna J. Nuzum*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Brandon Moore

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## List of Prior Search Warrants

21-MJ-5154-JGD
21-MJ-5156-JGD
21-MJ-5342-JGD
21-MJ-5343-JGD
21-MJ-5556-JGD
21-MJ-5469 through -6472-JGD
21-MJ-5555-JGD
22-MJ-5228-JGD
2:21-MJ-58-KFP (M.D. Ala.)

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number see attached
- R 20/R 40 from District of _____

**Defendant Information:**

- Defendant Name: Jahquel Pringle    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name:
- Address: (City & State) Boston, MA
- Birth date (Yr only): 1997   SSN (last4#): 1483   Sex M   Race: Black   Nationality: _____
- Defense Counsel if known: _____ Address: _____
- Bar Number: _____

**U.S. Attorney Information:**

- AUSA: Elianna J. Nuzum    Bar Number if applicable: 663354
- Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____
- Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- Matter to be SEALED: ☑ Yes ☐ No
- ☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/14/2022    Signature of AUSA: *Elianna J Nuzum*

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jahquel Pringle

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | 1 |
| Set 2 | 18 U.S.C. § 922(a)(3) | Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency (2 counts) | 2 |
| Set 3 | 18 U.S.C. § 922(a)(3) | | 3 |
| Set 4 | 18 U.S.C. § 922(g) | Felon in Possession of Firearm | 4 |
| Set 5 | 18 U.S.C. § 922(g) | Felon in Possession of Firearm | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## List of Prior Search Warrants

21-MJ-5154-JGD
21-MJ-5156-JGD
21-MJ-5342-JGD
21-MJ-5343-JGD
21-MJ-5556-JGD
21-MJ-5469 through -6472-JGD
21-MJ-5555-JGD
22-MJ-5228-JGD
2:21-MJ-58-KFP (M.D. Ala.)

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. **II**      Investigating Agency **ATF**

**City** Boston      **Related Case Information:**

**County** Suffolk      Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number see attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jarmori Brown      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 2002    SSN (last4#): 7248    Sex M    Race: Black    Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA Elianna J. Nuzum      Bar Number if applicable 663354

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Suffolk County Jail (Nashua)    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/14/2022      Signature of AUSA: *Elianna J. Nuzum*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jarmori Brown

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | 1 |
| Set 2 | 18 U.S.C. § 922(a)(3) | Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## List of Prior Search Warrants

21-MJ-5154-JGD
21-MJ-5156-JGD
21-MJ-5342-JGD
21-MJ-5343-JGD
21-MJ-5556-JGD
21-MJ-5469 through -6472-JGD
21-MJ-5555-JGD
22-MJ-5228-JGD
2:21-MJ-58-KFP (M.D. Ala.)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Boston

**County** Suffolk    **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Kobe Smith    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Malden, MA

Birth date (Yr only): 1999    SSN (last4#): 4437    Sex: M    Race: Black    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Elianna J. Nuzum    Bar Number if applicable 663354

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/14/2022    Signature of AUSA: *Elianna J. Nuzum*

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kobe Smith

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## List of Prior Search Warrants

21-MJ-5154-JGD
21-MJ-5156-JGD
21-MJ-5342-JGD
21-MJ-5343-JGD
21-MJ-5556-JGD
21-MJ-5469 through -6472-JGD
21-MJ-5555-JGD
22-MJ-5228-JGD
2:21-MJ-58-KFP (M.D. Ala.)